**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

PATRICK COLLINS, INC.,

    Plaintiff,

vs.

DOES 1 - 26,

    Defendants.

11-CV-01656-CMA-MJW

Honorable Christine M. Arguello

**DEFENDANT J. DOE NO. 21's OMNIBUS MOTION TO: (1) SEVER DEFENDANTS FOR IMPROPER JOINDER, (2) EMERGENCY STAY THE PROCEEDING BASED ON RESOLUTION OF MISJOINDER ISSUE, (3)TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, (4) FOR PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 20(a), Defendant J. Doe No. 21 ("Defendant") respectfully moves the Court to sever Defendants for improper joinder, to stay the case based on misjoinder, and Persuant to Fed. R. Civ. P. 45, to quash the August 11, 2011 subpoena issued to Defendant's internet service provider Qwest/CenturyLink (ISP). Alternatively, if the Court denies Defendant's request to quash the subpoena, Defendant respectfully requests, pursuant to Fed. R. Civ. P. 26(c)(1), that the Court enter a protective order prohibiting the public disclosure of any information relating to Defendant that is obtained via the August 11, 2011 subpoena issued to Defendant's ISP. The grounds for the requested relief are set forth in the accompanying Memorandum of Points and Authorities.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Points and Authorities, Defendant respectfully requests that the Court GRANT this Motion and enter an

Order quashing the August 11, 2011 subpoena issued to Defendant's ISP. Alternatively, if the Court denies the Motion to Quash, Defendant respectfully requests that the Court enter a protective order prohibiting any party in this action from disclosing publicly (including in any public filings made in this case) any information regarding Defendant obtained from Defendant's ISP.

DATED: September 2, 2011.

Respectfully submitted,

*[signature]*

_____
Christina E. Saunders
Nouveau Law LLC
501 S. Cherry Street, Suite 610
Denver, Colorado, 80246
Telephone: 303-321-6872
Facsimile: 303-321-3196
E-mail: christina@nouveaulaw.com

ATTORNEY FOR DEFENDANT J. DOE NO. 21

**PROOF OF SERVICE**

I hereby certify that the foregoing document was electronically served on counsel for Jason Kotzker, Kotzker Law Group, via the CM/ECF system on September 2, 2011.

_____
Christina E. Saunders
Nouveau Law LLC
501 S. Cherry Street, Suite 610
Denver, Colorado, 80246
Telephone: 303-321-6872
Facsimile: 303-321-3196
E-mail: christina@nouveaulaw.com

ATTORNEY FOR DEFENDANT J. DOE NO. 21

3