# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| PATRICK COLLINS, INC., <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOES 1-26, <br><br> Defendants. | Civil Action No. 1:11-cv-01656-CMA-MJW |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DOES 1, 3, 4, 6, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 20, 22, 23, 25 AND 26

**PLEASE TAKE NOTICE** that Plaintiff hereby voluntary dismisses without prejudice Doe Defendants 1, 3, 4, 6, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 20, 22, 23, 25 and 26 ("Defendants") who were assigned the IP Addresses 74.211.77.128, 24.9.103.250, 24.9.177.33, 67.172.154.219, 67.176.91.181, 67.190.6.88, 67.190.83.56, 71.196.156.146, 71.237.117.6, 75.70.250.61, 75.71.208.215, 76.25.154.75, 98.245.155.33, 98.245.234.239, 174.29.50.57, 70.59.0.71, 71.208.123.182, 71.218.41.132 and 75.163.247.115. Pursuant to Fed. R. Civ. P. 4(m) Plaintiff is dismissing the actions claimed against these Defendants and reserving the right to re-file against them once Plaintiff's investigations has been completed. Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Contemporaneously, Plaintiff herewith consents to having the case closed for administrative purposes.

Respectfully submitted,

By: /s/*Jason Kotzker*
Jason Kotzker
jason@klgip.com
KOTZKER LAW GROUP
10268 Royal Eagle Street
Highlands Ranch, CO 80129
Phone: 303-875-5386
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify that on this October 21, 2011 a true copy of the foregoing document was sent via REGULAR US MAIL to: Lydia Zaldivar, 9408 East Florida Avenue, Apt 1070. Denver, CO 80247.

                                        By: /s/*Jason Kotzker*
                                        Jason Kotzker